IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEROME KING,** | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-6508 |
| | : | |
| **SUPERINTENDENT,** | : | |
| **SCI-GRATERFORD, et al.,** | : | |
| | : | |
| Respondents. | : | |

# ORDER

**AND NOW**, this _3rd_ day of November, 2016, upon consideration of the Petition for Writ of Habeas Corpus (Doc. 1), the Response to the Petition for Writ of Habeas Corpus (Doc. 11), the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Doc. 12), and Petitioner's Objections to the Report and Recommendation (Doc. 16), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of Habeas Corpus is **DENIED WITH PREJUDICE**; and
3. There is no probable cause to issue a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as closed for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C.J.**